Steven F. Werth (CA Bar No. 205434)
*steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SPECTRUM LINK, INC.,<br><br>    Debtor.<br>_____<br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>BHANU V. PATEL, aka BAHNU PATEL, an individual,<br><br>    Defendant. | Case No. 2:21-bk-16403-VZ<br><br>Chapter 7<br><br>Adversary No.: 2:23-ap-01354-VZ<br><br>**NOTICE OF ERRATA TO FIRST AMENDED COMPLAINT TO RECOVER AVOIDABLE TRANSFERS**<br><br>Date:  November 7, 2023<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>    Hon. Vincent P. Zurzolo<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES ENTITLED TO NOTICE:**

On October 10, 2023, Howard M. Ehrenberg, the chapter 7 trustee of Spectrum Link, Inc., filed a "First Amended Complaint To Recover Avoidable Transfers" (Docket No. 11, the "First Amended Complaint"). Counsel for the Trustee inadvertently failed to include a signed signature page to the First Amended Complaint. That signed signature page is attached as **Exhibit 1**.

SFW 55623369v1

Dated: October 10, 2023  Respectfully submitted,

**GREENSPOON MARDER LLP**

By: _/s/ Steve Werth_
Steven F. Werth
Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

# EXHIBIT 1

2. For interest as permitted by law from the date of the Four-Year Transfers; and

3. For costs of suit incurred, including attorney's fees.

DATED: October 10, 2023        **GREENSPOON MARDER LLP**

By: *Steve Werth*
Steven F. Werth
Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA TO FIRST AMENDED COMPLAINT TO RECOVER AVOIDABLE TRANSFERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/10/23 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg (TR) ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com; C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- Mark S Horoupian on behalf of Trustee Howard M. Ehrenberg mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Steven Werth on behalf of Trustee Howard M. Ehrenberg steven.werth@gmlaw.com, swerth@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/10/23 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1368
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/     /23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PMD 55619103v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/10/23 | Patricia Dillamar | */s/Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 55619103v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**